JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW SANDALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY MUTUAL INSURANCE COMPANY; GOLDEN EAGLE INSURANCE CORPORATION; PEERLESS INSURANCE COMPANY; MITSUI SUMITOMO MARINE MANAGEMENT (U.S.A.), INC.; MITSUI SUMITOMO INSURANCE USA, INC.; MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 8:14-cv-01665-JLS-DFMx <br><br> Assigned to the Hon. Josephine L. Staton <br><br> **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> [FED. R. CIV. P. 41] |

1  Pursuant to the stipulation of the parties, and in accord with the parties'
2 written Settlement Agreement, the above-entitled action is hereby dismissed with
3 prejudice in its entirety.  Each party shall bear its own attorneys' fees and costs.
4
5  **IT IS SO ORDERED.**
6
7 Dated: February 16, 2016           JOSEPHINE L. STATON
                                    _____
8                                   HON. JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT COURT